**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ERIC R. LINDE, : No. 495 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
SCOTT F. LINDE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.